UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNA

| | |
|---|---|
| **DENISE HUGHES,** | **Case No. 2:21-cv-00221-MCE-DB** |
| Plaintiff, | |
| vs. | **ORDER GRANTING JOINT STIPULATION TO CONTINUE ALL DATES AND DEADLINES IN THE PRETRIAL SCHEDULING ORDER AND RELATED DEADLINES** |
| **COSTCO WHOLESALE CORPORATION, and DOES 1 through 50, inclusive,** | |
| Defendants. | |

Based on the Parties' Joint Stipulation to Continue All Dates and Deadlines in the Initial Pretrial Scheduling Order and Related Deadlines, and good cause having been shown, the Court orders the following:

All dates and deadlines in the Initial PreTrial Scheduling Order shall be continued, as follows:

- August 3, 2022:  deadline to complete discovery, with the exception of expert discovery;

- October 4, 2022:  deadline to disclose experts;

- November 4, 2022:  deadline to make supplemental disclosures and disclose rebuttal experts;

- December 2, 2022:  deadline to file Joint Notice of Trial Readiness;

- February 3, 2023:  deadline to file dispositive motions.

IT IS SO ORDERED.

Dated:  December 22, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE